IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| ELIZABETH DEAN, ET AL.<br>    PLAINTIFFS | ) <br> ) <br> ) | |
| VS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 3:12-CV-00157 <br><br> Judge Trauger <br><br> Magistrate Judge Bryant |
| DRAUGHONS JUNIOR COLLEGE,<br>INC., ET AL.<br>    DEFENDANTS | ) | |

## [PROPOSED] ORDER

Plaintiffs having filed their Motion for Leave to File a Reply In Support of Motion to Remand and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is GRANTED and their Reply In Support of Motion to Remand shall be filed on or before April 6, 2012.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE