UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELIZABETH DEAN, AMBER GILCHRIST, MELANIE HICKMAN; LATRICIA MCGEE; MARK PARKER; MARIA WARD; CURTIS WARDWELL; and ALANNAH WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> DRAUGHONS JUNIOR COLLEGE, INC. d/b/a DAYMAR INSTITUTE; DAYMAR HOLDINGS, INC.; DAYMAR PROPERTIES OF CLARKSVILLE, LLC; DAYMAR PROPERTIES OF MURFREESBORO, LLC; DAYMAR PROPERTIES OF NASHVILLE, LLC; DAYMAR COLLEGES GROUP, LLC.; MARK A. GABIS; and UNKNOWN DEFENDANTS, <br><br> Defendants. | Case No. 3:12-cv-0157 <br> Judge Trauger |

### ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Motion to Remand (Docket No. 28) is hereby **DENIED**.

Accordingly, the plaintiffs shall file a response to the defendants' Motion to Compel Arbitration (Docket No. 12) by July 9, 2012.

I    It is so **ORDERED**.

Enter this 20th day of June 2012.

_____
ALETA A. TRAUGER
United States District Judge